IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALVEWORKS USA, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>BESTWAY OILFIELD, INC.,<br><br>    *Defendant.* | Civil Action No.:<br><br>**JURY TRIAL DEMANDED** |

## VALVEWORKS' COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Valveworks USA, Inc. ("Valveworks"), for its Complaint seeking relief for patent infringement against Defendant Bestway Oilfield, Inc. ("Bestway"), states and alleges as follows:

## The Parties

1. Plaintiff Valveworks is a corporation organized under the laws of the state of Louisiana with its principal place of business at 1650 Swan Lake Road, Bossier City, Louisiana 71111.

2. On information and belief, Bestway is a corporation organized under the laws of the state of Texas with its principal place of business at 16030 Market Street, Channelview, Texas 77530.

1

## Jurisdiction and Venue

3. This Court has subject-matter jurisdiction over Valveworks' claims under 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

4. Bestway is subject to this Court's general and specific personal jurisdiction at least because: (1) Bestway is at home in the State of Texas where they are incorporated; (2) Bestway has registered agents for service of process in Texas, regularly conduct business in Texas and within this judicial district, and have substantial and continuous contacts within this judicial district; (3) Bestway has purposefully availed themselves of the privileges of conducting business in this judicial district and have a regular and established place of business in this judicial district; and (4) Bestway has committed acts of patent infringement in this judicial district by selling and offering to sell products and services throughout the United States, including in this judicial district, and introducing infringing products into the stream of commerce knowing that they would be sold in this judicial district and elsewhere in the United States.

5. Venue in this Court is proper under the provisions of 28 U.S.C. § 1400 because Bestway has committed acts of infringement and has a regular-and-established place of business in this District at 6290 Reynolds Road, Tyler, Texas 75708 and because Bestway resides in Texas.

### Valveworks

6.     Valveworks USA is a privately held Louisiana-based company founded by Rick Roberts in 1993. For more than 30 years, Valveworks has produced industry-leading gate valves, wellhead equipment, and frac-tree equipment using state-of-the-art manufacturing processes and the highest quality standards.  Its products serve the global oil-and-gas industry.

### The Asserted '426 Patent

7.     As a result of Valveworks' expertise, innovation, and commitment to the oil-and-gas industry, Valveworks has developed significant intellectual property associated with its valve technology, including a portfolio of patents and pending patent applications.

8.     On August 31, 2021, the USPTO duly and legally issued U.S. Patent No. 11,105,426 B2 ("the '426 Patent"), entitled "Gate Valve with Full-Bore Protective Sleeve" to Valveworks' Todd Roberts.  Valveworks owns the '426 Patent by assignment.  A copy of the '426 Patent is attached as **Exhibit 1**.

### Bestway's Infringing Activities

9.     Bestway manufactures, markets, offers for sale, and sells "frac valves" (that is, valves intended for use during fracking activities) "feature[ing] dual purpose ValveShield System technology."[1] Those frac valves include the "Mark V SLV™ SERVICE-LESS™ FRAC VALVES" and the Don 1™ SERVICE-LESS FRAC

---

[1] https://www.bestwayoilfield.com/product-category/all-products/frac-valves/ (accessed 8/22/25).

3

VALVES."[2] A copy of a Bestway brochure for its infringing MARK V Valve is attached as **Exhibit 2**. Collectively, Bestway's infringing MARK V and Don 1 frac valves are referred to as the "Accused Products."

10.  In a recent complaint filed in the United States District Court for the Southern District of Texas, Bestway touted its frac-valve technology as follows:

> Over the past 18 months, Bestway has spent millions of dollars diligently developing and continuing to develop its frac valve technology. **Bestway's new patent-pending[1] frac valve features a dual purpose ValveShield System technology** enabling greaseless frac operations, while eliminating sand and particle intrusion. The innovative design significantly decreases costs of repairs, eliminates nonproduction time, and extends the service life of the valve. This technology is revolutionary and has the potential to change the industry.
>
> [1] U.S. Patent Application No. 18/416,795 for Dynamic Slab Gate Valves [Skirts].[3]

11.  On information and belief, the Accused Products are described in relevant aspects by United States Patent Application Publication No. US 2025/0075803 A1 ("the '803 Publication"), which was published on March 6, 2025, and whose applicant is Bestway. A copy of the '803 Publication is attached as **Exhibit 3**. The '803 Publication is the same patent application, U.S. Patent Application No. 18/416,795, Bestway referred to in its complaint filed in the Southern District of Texas

---

[2] *Id.*
[3] Case No. 4:24-cv-02996, Dkt. 1 ("PLAINTIFF'S ORIGINAL COMPLAINT") at ¶ 12 (emphasis added).

**Bestway's Infringement Is Knowing and Willful**

12. At a minimum, Bestway knew that it infringed the '426 Patent no later than June 24, 2025, when Valveworks sent Bestway a cease-and-desist letter notifying Bestway that the valve depicted in the '803 Publication infringed claim 6 of the '426 Patent. A copy of the June 24, 2025, letter is attached as **Exhibit 4**. Included with the letter was a claim chart showing how the valve depicted in the '803 Publication infringed claim 6 of the '426 Patent, which is attached as **Exhibit 5**.

13. Bestway responded on June 30, 2025, generally denying that it infringed any valid claim of the '426 Patent and asking that Valveworks identify a specific infringing Bestway product. A copy of this response is attached as **Exhibit 6**.

14. On July 9, 2025, Valveworks complied with Bestway's request and identified at least the MARK V Valve as infringing. A copy of Valveworks' reply is attached as **Exhibit 7**. Valveworks' reply also included a copy of the MARK V Valve brochure as well as photographs of what Valveworks believed to be a disassembled MARK V Valve. A copy of the photographs is attached as **Exhibit 8**. Taken together, the brochure and photographs are consistent with the valve depicted in the '803 Publication.

**FIRST CLAIM FOR RELIEF**

**(Direct Infringement of the '426 Patent)**

15. Valveworks realleges paragraphs 1-14 above as if fully set forth herein.

16. The '426 Patent is a valid, enforceable patent that was duly issued by the USPTO on August 31, 2021. **Exhibit 1**.

17. Valveworks is the assignee of the '426 Patent with ownership of all substantial rights in the '426 Patent, including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

18. Bestway has directly infringed, and continues to directly infringe, at least claim 6 of the '426 Patent in violation of 35 U.S.C. § 271(a) by, for example and without limitation, making, using, offering to sell, selling, and/or importing in and into the United States the Accused Products.

19. A detailed analysis of Bestway's infringement of the '426 Patent can be found in **Exhibit 5**, which is incorporated in its entirety.

20. Bestway's infringement of the '426 Patent has been, and continues to be, willful, knowing, and intentional.

21. Valveworks has suffered economic harm because of Bestway's infringing activities in an amount to be proven at trial, but in no case less than a reasonable royalty.

22. Bestway has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to Valveworks for which there is no adequate remedy at law. Unless enjoined by this Court, Bestway will continue to infringe the '426 Patent.

## SECOND CLAIM FOR RELIEF

## (Induced Infringement of the '426 Patent)

23. Valveworks realleges paragraphs 1-22 above as if fully set forth herein.

24. Bestway also knowingly and intentionally induces others to infringe at least claim 6 of the '426 Patent in violation of 35 U.S.C. § 271(b) by instructing others to make, use, sell, offer to sell, and/or import into the United States, the Accused Products.

25. As described above, Bestway has been aware of the '426 Patent and the infringing nature of Accused Products since at least June 24, 2025.

26. Despite knowledge of the '426 Patent, Bestway continues to actively encourage and instruct their customers (for example, through product information and instruction materials) to implement and use the Accused Products in ways that directly infringe at least claim 6 of the '426 Patent. Bestway does so knowing and intending that their customers will commit these infringing acts.

27. Bestway also continues to make, use, sell, offer for sale, and/or import into the United States the Accused Products, despite their knowledge of the '426 Patent, thereby specifically intending for and inducing their customers to infringe the '426 Patent through their customers' normal and customary use of the Accused Products.

28. Valveworks has suffered economic harm because of Bestway's induced infringement in an amount to be proven at trial, but in no case less than a reasonable royalty.

29. Bestway has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to Valveworks for which there is no adequate remedy at law. Unless enjoined by this Court, Bestway will continue to induce infringement of the '426 Patent.

## THIRD CLAIM FOR RELIEF
## (Contributory Infringement of the '426 Patent)

30. Valveworks realleges paragraphs 1-29 above as if fully set forth herein.

31. Bestway has also knowingly and willfully contributed, and continues to contribute, to their customers' direct infringement of the '426 Patent in violation of 35 U.S.C. § 271(c) by offering for sale and providing the Accused Products to customers.

32. As described above, Bestway has been aware of the '426 Patent and the infringing nature of the Accused Products since at least June 24, 2025.

33. As described above and in **Exhibits 2** and **3**, the Accused Products are especially made and adapted for use during fracking operations. The Accused Products are not staple articles of commerce and are not suitable for any substantially non-infringing use. Use and implementation of the Accused Products by Bestway and their customers infringes at least claim 6 of the '426 Patent.

34. Valveworks has suffered economic harm because of Bestway's contributory infringement in an amount to be proven at trial, but in no case less than a reasonable royalty.

35. Bestway has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to Valveworks for which there is no adequate remedy at law. Unless enjoined by this Court, Bestway will continue to infringe the '426 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Valveworks requests entry of judgment in its favor and against Bestway as follows:

1. Entry of judgment holding Bestway liable for infringement of the '426 Patent;

2. An order permanently enjoining Bestway, its officers, agents, servants, employees, attorneys and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from continued acts of infringement of the '426 Patent;

3. An order awarding Valveworks its damages according to proof resulting from Bestway's past, current, and future infringement of the '426 Patent, together with prejudgment and post-judgment interest;

4. A declaration that Bestway's infringement of the '426 Patent is willful;

5. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Valveworks' reasonable attorneys' fees; and

6. Any and all other legal or equitable relief as may be available under law and which the Court may deem proper.

Dated: August 22, 2025

Respectfully Submitted,

/s/ *John R. Emerson*
John R. Emerson
Texas Bar No. 24002053
russ.emerson@haynesboone.com
Tiffany M. Cooke
Texas Bar No. 24087340
tiffany.cooke@haynesboone.com
Dylan Freeman
Texas Bar No. 24131314
dylan.freeman@haynesboone.com
Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
214-651-5000

*Attorneys for Plaintiff Valveworks USA, Inc.*